**FILED**
US DISTRICT COURT
DISTRICT OF NEBRASKA

JAN 1 9 2017

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MISTI BOHLEN,

        Defendant.

8:15CR93

ORDER FOR DISMISSAL

NOW ON THIS 19th day of January, 2017, this matter is before the Court on the United States' Motion for Dismissal [22]. The Court, being duly advised in the premises, finds said Motion should be sustained.

IT IS HEREBY ORDERED:

1. Leave of Court is granted for the United States to dismiss, without prejudice, the Indictment filed herein as to the Defendant, Misti Bohlen.

2. The Indictment filed herein is hereby dismissed, without prejudice, as it pertains to the Defendant, Misti Bohlen.

BY THE COURT:

LAURIE SMITH CAMP
Chief United States District Judge